**Fill in this information to identify the case**

United States Bankruptcy Court for the:

District of **Delaware**
(State)

Case number (*If known*): _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | American Gilsonite Company |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | American Gilsonite |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 73-1331788 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 16200 Park Row Drive | |
| Number  Street | Number  Street |
| Suite 250 | |
| | P.O. Box |
| Houston  Texas  77084 | |
| City  State  ZIP Code | City  State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris | 29959  S. Bonanza Hwy |
| County | Number  Street |
| | |
| | Bonanza  Utah  84008 |
| | City  State  ZIP Code |

**5. Debtor's website** (URL)   http://www.americangilsonite.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax- entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>4238 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>☒ A plan is being filed with this petition.<br>☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes   District _____   When _____   Case number _____<br>                                                MM/ DD/ YYYY<br>        District _____   When _____   Case number _____<br>                                                MM / DD/ YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes   Debtor    See Schedule 1     Relationship   See Schedule 1<br>        District   See Schedule 1     When          October 24, 2016<br>                                                         MM / DD/ YYYY<br>        Case number, if known _____ |

| 11. Why is the case filed in this district? | *Check all that apply:* |
|---|---|
| | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☒ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?   Approximately 600lbs of explosives, stored in a secured facility on-site

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**   29950   S. Bonanza Hwy
                              Number  Street
                              Bonanza            Utah           84008
                              City               State          ZIP Code

**Is the property insured?**
☐ No
☒ Yes. Insurance agency    ACE American Insurance Company | National Union Fire Insurance Company of Pittsburgh
       Contact Name        Jim Jezewski | Salvatore Monachino
       Phone               (646) 227-6348 | (216) 479-8801

### Statistical and administrative information

| 13. Debtor's estimation of available funds | *Check one:* |
|---|---|
| | ☒ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    American Gilsonite Company    Case number (if known)
　　　　　Name

## Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 24, 2016
　　　　　　　　MM / DD / YYYY

_____    Steven A. Granda
Signature of authorized representative of debtor    Printed name

Vice President | Chief Financial Officer
Title

**18. Signature of attorney**

_____    Date  October 24, 2016
Signature of attorney for debtor    　　　MM / DD / YYYY

Mark D. Collins    Matthew S. Barr
Printed Name    Printed Name

Richards, Layton & Finger, P.A.    Weil, Gotshal & Manges LLP
Firm Name    Firm Name

One Rodney Square, 920 North King Street    767 Fifth Avenue
Number / Street    Number / Street

Wilmington, Delaware 19801    New York, New York 10153
City/State/Zip Coder    City/State/Zip Coder

(302) 651-7700    (212) 310-8000
Contact phone    Contact phone

collins@rlf.com    matt.barr@weil.com
Email address    Email address

2981 / Delaware    2800175 / New York
Bar Number / State    Bar Number / State

**Schedule 1**

Pending Bankruptcy Cases Filed by Debtor and Affiliates of Debtor

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the **"Court"**).  A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of American Gilsonite Company.

| COMPANY | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| American Gilsonite Holding Company | 16-_____( ) | October 24, 2016 | Delaware | Pending |
| American Gilsonite Company | 16-_____( ) | October 24, 2016 | Delaware | Pending |
| DPC Products, Inc. | 16-_____( ) | October 24, 2016 | Delaware | Pending |
| Lexco Acquisition Corp. | 16-_____( ) | October 24, 2016 | Delaware | Pending |
| Lexco Holding, LLC | 16-_____( ) | October 24, 2016 | Delaware | Pending |

# SECRETARY'S CERTIFICATE

## Dated as of October 23, 2016

## AMERICAN GILSONITE COMPANY

## CERTIFICATE OF CORPORATE SECRETARY

October 23, 2016

I, Adam Shebitz, being the duly elected and authorized Corporate Secretary of each of the following (each a "**Company**" and, collectively, the "**Companies**"):

- A. American Gilsonite Holding Company, a Delaware corporation;
- B. American Gilsonite Company, an Oklahoma corporation;
- C. DPC Products, Inc., a Delaware corporation;
- D. Lexco Acquisition Corp., a Delaware Corporation; and
- E. Lexco Holding, LLC, a Utah limited liability company

hereby certifies as follows:

- A. I am a duly qualified and elected officer of each of the Companies and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Companies;
- B. Attached hereto is a true, correct, and complete copy of the resolutions of the Board of Directors of each of the Companies (or in the case of Lexco Holding, LLC by the Board of Managers of Lexco Holding, LLC), duly adopted and approved on October 23, 2016, in accordance with each Company's bylaws; and
- C. Such resolutions have not been amended, altered, annulled, rescinded, modified or revoked since their adoption and remain in full force and effect as of the date hereof. There exist no subsequent resolutions relating to the matters set forth in the resolutions attached hereto.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of the 23rd day of October, 2016.

Name: Adam Shebitz
Title: Corporate Secretary

**Board Resolutions**

**Board Resolutions**

# RESOLUTIONS
# OF
# THE BOARD OF DIRECTORS
# OF
# AMERICAN GILSONITE COMPANY

Effective as of this 23rd day of October, 2016, pursuant to a special meeting on the same date, the members constituting at least a majority of the votes of a quorum of the board of directors (the "Board") of American Gilsonite Company, an Oklahoma corporation (the "Company"), upon a motion duly made and seconded and acting pursuant to the Company's organizational documents, took the following actions and adopted the following resolutions:

**WHEREAS**, the Board is contemplating, after consultation with the management and the legal and financial advisors of the Company, authorizing the Company to file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Chapter 11 Case"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**WHEREAS**, the Board has reviewed and had the opportunity to ask questions about the materials presented by the Company's management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, the impact of the foregoing on the Company's businesses, and the proposed deleveraging transaction;

**WHEREAS**, the Board has had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider the proposed deleveraging transaction for the Company; and

**WHEREAS**, the Board desires to approve the following resolutions.

I. **Commencement of Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, that each of the Chief Executive Officer, Chief Financial Officer, or any other officer of the Company (each, an "Authorized Officer") in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, and other papers in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Case, including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case;

## II. Retention of Advisors

**FURTHER RESOLVED**, that the firm of Evercore Group L.L.C, located at 55 East 52nd Street, New York, NY 10055, is hereby retained as financial advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the firm of FTI Consulting, Inc., located at 1001 17th Street, Suite 1100, Denver, CO 80202, is hereby retained as restructuring advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, NY 10153, is hereby retained as counsel to the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the firm of Richards, Layton & Finger, P.A., located at One Rodney Square, 920 North King Street, Wilmington, DE 19801, is hereby retained as local counsel to the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the firm of Epiq Bankruptcy Solutions, LLC, located at 777 3rd Avenue, New York, NY 10017, is hereby retained as claims, noticing and solicitation agent for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

## III. General Authorization and Ratification of Past Actions

**FURTHER RESOLVED**, that any Authorized Officer is authorized, in the name and on behalf of the Company, to do and perform, or cause to be done and performed, any and all such acts, deeds and things, to make, execute and deliver, or cause to be made, executed and delivered, any and all documents and to take any and all actions as may be necessary or in their opinion desirable to implement or carry into effect the intent and purpose of (a) the foregoing resolutions, or (b) any other action on behalf of the Company in furtherance of, or related to, the obligations listed herein, including, without limitation, executing and delivering, and causing the performance by the Company of its obligations under, any agreement or document referred to herein; and the execution by any such Authorized Officer of any such document or the taking of any such other action by or at the direction of any such Authorized Officer shall conclusively establish and evidence (i) their making any determination required by the foregoing resolutions as to the necessity or advisability of any particular agreement or action and (ii) their authority therefor; and

**FURTHER RESOLVED**, that any and all actions taken by any Authorized Officer prior to the date of these resolutions that would have been authorized by these resolutions but for the fact that such actions were taken prior to the date of these resolutions be, and hereby are, authorized, ratified, confirmed, adopted and approved in all respects as the acts and deeds of the Company.

2

| | Fill in this information to Identify the case: | |
|---|---|---|
| | Debtor Name: AMERICAN GILSONITE COMPANY | |
| | United States Bankruptcy Court for the: District of Delaware | ☐ Check if this is an amended filing |
| | Case Number (If known): | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: **Consolidated** List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UTAH DEPARTMENT OF TRANSPORTATION<br>TERIANNE NEWELL<br>658 NORTH 1500 WEST<br>OREM, UT 84057 | CONTACT: TeriAnne Newell<br>PHONE: 801-227-8000<br>FAX: 801-227-8061 | State Agency | CUD | UNLIQUIDATED | | UNLIQUIDATED |
| 2 | MONDI BAGS USA, LLC<br>JAN COLLEDGE<br>P.O. BOX 13362<br>NEWARK, NJ 07101-3244 | CONTACT: Jan Colledge<br>PHONE: (801) 580-5004<br>jan.colledge@mondigroup.com | Trade Vendor | | $25,342.00 | | $25,342.00 |
| 3 | WASATCH PALLET<br>TOM WORTHEN<br>P.O. BOX 907<br>SPANISH FORK, UT 84660 | CONTACT: Tom Worthen<br>PHONE: (801) 804-4287<br>tom@wasatchpallet.com | Trade Vendor | | $23,242.62 | | $23,242.62 |
| 4 | CAMERON<br>NOLAN MASSEY<br>1020 EAST HIGHWAY 40<br>VERNAL, UT 84078 | CONTACT: Nolan Massey<br>PHONE: (435) 789-1796<br>nolan.massey@c-a-m.com | Trade Vendor | | $21,141.42 | | $21,141.42 |
| 5 | STANTEC<br>MARK ATENCIO<br>13980 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | CONTACT: Mark Atencio<br>PHONE: (801) 743-4939<br>mark.atencio@stantec.com | Trade Vendor | | $18,000.00 | | $18,000.00 |
| 6 | ABATECH, INC.<br>DR. GEOFF ROWE<br>P.O. BOX 356<br>BLOOMING GLEN, PA 18911 | CONTACT: Dr. Geoff Rowe<br>PHONE: (215) 258-3640<br>info@abatech.com | Trade Vendor | | $14,875.00 | | $14,875.00 |

Debtor: AMERICAN GILSONITE COMPANY        Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | SWCA  JARED BIGLER  P.O. BOX 92170  ELK GROVE, IL 60009 | CONTACT: Jared Bigler  PHONE: (435) 789-9388 X 4953  jbigler@swca.com | Trade Vendor | | $14,400.00 | | $14,400.00 |
| 8 | BEPEX INTERNATIONAL LLC  MIKE PARTCH  NW 5511  P.O. BOX 1450  MINNEAPOLIS, MN 55485-5511 | CONTACT: Mike Partch  PHONE: 612-801-5630  mpartch@bepex.com | Trade Vendor | | $13,101.37 | | $13,101.37 |
| 9 | NU PACKAGING INC.  JIM SUTTLEMYRE  P.O. BOX 2137  SANDY, UT 84091-2137 | CONTACT: Jim Suttlemyre  PHONE: (801) 808-5477  jim@nupackaging.com | Trade Vendor | | $12,725.84 | | $12,725.84 |
| 10 | COPORACION NATURGAS SA  RAFEL RAMIREZ  AV. SAMUEL LEWIS, P.O. BOX 7274,  EDIFICIO PLAZA 54,  PISO 2, ZONA 5 PANAMA | CONTACT: Rafel Ramirez  PHONE: 58 212 952 5507 | Customer Advance Deposit | | $10,889.87 | | $10,889.87 |
| 11 | BRENNTAG PACIFIC, INC.  KEVIN BURESH  10747 PATTERSON PLACE  SANTE FE SPRINGS, CA 90670 | CONTACT: KEVIN BURESH  PHONE: (801) 627-4540  kburesh@brenntag.com | Trade Vendor | | $9,457.34 | | $9,457.34 |
| 12 | PRO PETRO SERVICES, INC.  WD MARTIN  P.O. BOX 204464  DALLAS, TX 75320-4464 | CONTACT: WD Martin  PHONE: (435) 789-7407  wd.martin@propetroservices.com | Trade Vendor | | $8,700.00 | | $8,700.00 |
| 13 | CARDWELL DISTRIBUTING  RYAN BETTS  P.O. BOX 27954  SALT LAKE CITY, UT 84127-0954 | CONTACT: Ryan Betts  PHONE: (435) 828-6004  ryan@cardwelldist.com | Trade Vendor | | $7,997.00 | | $7,997.00 |
| 14 | KEYSER & MACKAY  AP DEPT  LEIDSEGRACHT 19,  P.O. BOX 3899,  1007 AR AMSTERDAM NETHERLANDS | CONTACT: AP Dept  purchasing.nl@keymac.com | Customer Advance Deposit | | $7,271.00 | | $7,271.00 |
| 15 | LUIGIZ CLEANING SERVICES  ANA LOPEZ  P.O. BOX 1243  VERNAL, UT 84078 | CONTACT: Ana Lopez  PHONE: (801) 227-9007  luigiz1845@yahoo.com | Trade Vendor | | $7,240.00 | | $7,240.00 |
| 16 | DALBERT INTERNATIONAL  GABRIELA  9990 NW 14TH STREET SUITE 106  MIAMI, FL 33172 | CONTACT: Gabriela  PHONE: 011-58-244-447-5135  gdalessandro@dalbertinternacional.com | Trade Vendor | | $6,879.00 | | $6,879.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Debtor: AMERICAN GILSONITE COMPANY                Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | GUDAC BROTHERS, INC. ED/MIKE GUDAC P.O. BOX 369 VERNAL, UT 84078 | CONTACT: Ed/Mike Gudac PHONE: (435) 828-7493 mgudac@stratarocks.com | Trade Vendor | | $6,001.00 | | $6,001.00 |
| 18 | UNITED CENTRAL INDUSTRIAL SUPPLY COMPANY DARRELL LEWIS P.O. BOX 743849 ATLANTA, GA 30374-3849 | CONTACT: Darrell Lewis PHONE: (435) 637-4836 dlewis@unitedcentral.net | Trade Vendor | | $4,666.93 | | $4,666.93 |
| 19 | MCJUNKIN RED MAN CORPORATION MIKE GATES P.O. BOX 204392 DALLAS, TX 75320-4392 | CONTACT: Mike Gates PHONE: (435) 789-8135 mike.gates@mrcglobal.com | Trade Vendor | | $4,578.73 | | $4,578.73 |
| 20 | LAGIES, SA WERNER PEREZ VALENZUELA 1098 OF.86, PROVIDENCIA, SANTIAGO, CHILE | CONTACT: Werner PHONE: 011562 217 3754 wernerlagies50@gmail.com | Customer Advance Deposit | | $4,515.13 | | $4,515.13 |

Debtor  American Gilsonite Company                         Case number (if known)
        Name

**Fill in this information to identify the case and this filing:**

Debtor Name   American Gilsonite Company

United States Bankruptcy Court for the District of  Delaware
                                                    (State)

Case number (If known): _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**                                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☒ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 24, 2016          /s/ Steven A. Granda
             MM/DD/YYYY                 Signature of individual signing on behalf of debtor

                                        Steven A. Granda
                                        Printed name

                                        Vice President | Chief Financial Officer
                                        Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
AMERICAN GILSONITE COMPANY,    :        Case No. 16-_____ (___)
                                                   :
        Debtor.                                    :
                                                   :
Fed. Tax Id. No. 73-1331788            :
------------------------------------------------------x

**LIST OF EQUITY SECURITY HOLDERS PURSUANT TO**
**RULE 1007(a)(3) OF FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is a list of equity security holders of the above-captioned debtor:

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Amount of Interests Held |
|---|---|---|
| American Gilsonite Holding Company 16200 Park Row Drive, Suite 250, Houston, TX 77084 | Common Stock | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name  American Gilsonite Company

United States Bankruptcy Court for the District of  Delaware
(State)

Case number (If known): _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration  List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 24, 2016        /s/  Steven A. Granda
MM/DD/YYYY                            Signature of individual signing on behalf of debtor

                                      Steven A. Granda
                                      Printed name

                                      Vice President | Chief Financial Officer
                                      Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                            :       Chapter 11
                                                  :
**AMERICAN GILSONITE**                            :       Case No. 16– _____ (     )
**COMPANY,** *et al.*,                            :
                                                  :
         Debtors.[1]                              :       (Joint Administration Requested)
------------------------------------------------------------ x

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANK. P. 1007(a)(1) AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, American Gilsonite Company ("**AGC**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows:

1. To the best of the Debtors' knowledge and belief: (i) no person or entity other than AGC (Delaware), LP ("**AGC LP**")[2] (98%) directly owns 10% or more of the common stock of American Gilsonite Holding Company ("**Holdings**").

2. One hundred percent (100%) of the common stock of AGC is owned by Holdings.

3. One hundred percent (100%) of the common stock of DPC Products, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: American Gilsonite Holding Company (2164), American Gilsonite Company (1788), DPC Products, Inc. (7329), Lexco Acquisition Corp. (9699), and Lexco Holding, LLC (9699). The Debtors' mailing address is 16200 Park Row Drive, Suite 250, Houston, Texas 77084.

[2] Palladium Equity Partners III, LP ("**PEP LP**"), Palladium Equity Partners III, LLC ("**PEP LLC**"), and AGC (Cayman) LP do not directly own any common stock in any of the Debtors; however, as the general and limited partners of AGC LP, PEP LP, PEP LLC, and AGC (Cayman) LP may be deemed to indirectly beneficially own the common stock held of record by AGC LP.

is owned by AGC.

4. One hundred percent (100%) of the common stock of Lexco Acquisition Corp. is owned by AGC.

5. One hundred percent (100%) of the membership interests in Lexco Holding, LLC is owned by Lexco Acquisition Corp.

6. Attached hereto as **<u>Exhibit A</u>** is an organizational chart reflecting all of the ownership interests of the Debtors.

Dated: October 24, 2016
Houston, Texas

        American Gilsonite Company
        (for itself and on behalf of the other Debtors)

        _/s/ Steven A. Granda_
        Name: Steven A. Granda
        Title: Vice President and Chief Financial Officer

**Exhibit A**

**Organizational Chart**



**Fill in this information to identify the case and this filing:**

Debtor Name    American Gilsonite Company, *et al.*

United States Bankruptcy Court for the: District of Delaware

Case number (If known): _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ *Other document that requires a declaration*    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/24/2016              /s/   Steven A. Granda
              MM / DD / YYYY          Signature of individual signing on behalf of debtor
                                      Steven A. Granda
                                      Printed name
                                      Vice President | Chief Financial Officer
                                      Position or relationship to debtor