**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             :
*In re:*                                      :        **Chapter 11**
                                                             :
**AMERICAN GILSONITE**                        :        **Case No. 16–12316 (        )**
**COMPANY,** *et al.,*                        :
                                                             :        **(Joint Administration Requested)**
                    **Debtors.**[1]           :
------------------------------------------------------------ x

**AGENDA FOR FIRST DAY HEARING**
**AND INDEX OF FIRST DAY PLEADINGS**

A.    <u>Voluntary Petitions</u>:

     1.    Voluntary Petition of American Gilsonite Holding Company [Docket No. 1 - filed October 24, 2016]

     2.    Voluntary Petition of American Gilsonite Company [Docket No. 1 - filed October 24, 2016]

     3.    Voluntary Petition of DPC Products, Inc. [Docket No. 1 - filed October 24, 2016]

     4.    Voluntary Petition of Lexco Acquisition Corp. [Docket No. 1 - filed October 24, 2016]

     5.    Voluntary Petition of Lexco Holding, LLC [Docket No. 1 - filed October 24, 2016]

B.    Declaration of Steven A. Granda in Support of Debtors' Chapter 11 Petitions and First-Day Relief [Docket No. 3 - filed October 24, 2016]

C.    <u>First Day Motions</u>:

     6.    Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2 - filed October 24, 2016]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: American Gilsonite Holding Company (2164), American Gilsonite Company (1788), DPC Products, Inc. (7329), Lexco Acquisition Corp. (9699), and Lexco Holding, LLC (9699).  The Debtors' mailing address is 16200 Park Row Drive, Suite 250, Houston, Texas 77084.

7.  Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 4001(b)-(c) for Authorization to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties, and (D) Schedule a Final Hearing [Docket No. 12 - filed October 24, 2016]

  i.  Declaration of Stephen Hannan in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 4001(b)-(c) for Authorization to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Certain Protections to Prepetition Secured Parties, and (D) Schedule a Final Hearing [Docket No. 13 - Filed October 24, 2016]

8.  Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 345, 363, and 364 for Authorization to (I) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (II) Implement Ordinary Course Changes to Cash Management System, and (III) Extend Time to Comply With the Requirements of 11 U.S.C. § 345(b) [Docket No. 6 - filed October 24, 2016]

9.  Motion of Debtors to (A) Schedule Combined Hearing on (I) Adequacy of Disclosure Statement and Solicitation Procedures and (II) Confirmation of Prepackaged Plan; (B) Establish Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Prepackaged Plan; (C) Approve Form, Manner, and Sufficiency of Notice of Combined Hearing and Commencement of Chapter 11 Cases; (D) Extending Time, and Upon Plan Confirmation, Waiving of Requirements to (I) Convene Section 341 Meeting and (II) File Statement of Financial Affairs and Schedules of Assets and Liabilities; and (E) Grant Related Relief [Docket No. 9 - filed October 24, 2016]

10. Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 362, 363, and 503 for Authorization to Pay Prepetition Trade Claims in Ordinary Course of Business [Docket No. 8 - filed October 24, 2016]

11. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363, and 364 for Entry of an Order (I) Authorizing the Debtors to Continue to Maintain Their Insurance Policies and Collateral Program and Honor All Obligations with Respect Thereto and (II) Modifying Automatic Stay to Extent Necessary to Allow Debtors' Employees to Proceed with Claims Under Workers' Compensation Programs [Docket No. 10 - filed October 24, 2016]

12. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, and 507(a) for Authorization to (A) Pay Certain Prepetition Wages, Salaries, Reimbursable Expenses, and Other Compensation, (B) Pay and Honor Employee Medical and Other Benefits, (C) Continue Employee Benefits Programs, and (D) for Related Relief [Docket No. 7 - filed October 24, 2016]

13.    Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541(d) for Authorization to Pay Certain Prepetition Taxes and Assessments [Docket No. 4 - filed October 24, 2016]

14.    Motion of Debtors Pursuant to 11 U.S.C. §§ 366 and 105(a) for Entry of an Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Resolving Objections by Utility Providers, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service [Docket No. 5 - filed October 24, 2016]

15.    Debtors' Application for Entry of an Order Pursuant to 28 U.S.C. § 156(c) Approving Retention and Appointment of Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent to Debtors, Effective *Nunc Pro Tunc* to Commencement Date [Docket No. 11 - filed October 24, 2016]

D.    Plan-Related Documents:[2]

16.    Joint Prepackaged Chapter 11 Plan of Reorganization of American Gilsonite Company and Its Affiliated Debtors [Docket No. 14 - filed October 24, 2016]

17.    Disclosure Statement for Joint Prepackaged Plan of Reorganization of American Gilsonite Company and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 15 - filed October 24, 2016]

---

[2] Copies of these documents have been included herein for the convenience of the Court. These matters will not be going forward at the first-day hearing.

RLF1 15407229v.1

Dated:    October 25, 2016
          Wilmington, Delaware

                                  /s/ Amanda R. Steele
                                  RICHARDS, LAYTON & FINGER, P.A.
                                  Mark D. Collins (No. 2981)
                                  John H. Knight (No. 3848)
                                  Amanda R. Steele (No. 5530)
                                  Andrew M. Dean (No. 6147)
                                  One Rodney Square
                                  920 North King Street
                                  Wilmington, Delaware 19801
                                  Telephone:  (302) 651-7700
                                  Facsimile:   (302) 651-7701

                                  -and-

                                  WEIL, GOTSHAL & MANGES LLP
                                  Matthew S. Barr
                                  Sunny Singh
                                  767 Fifth Avenue
                                  New York, New York  10153
                                  Telephone:  (212) 310-8000
                                  Facsimile:   (212) 310-8007

                                  *Proposed Attorneys for Debtors*
                                  *and Debtors in Possession*

4