**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN GILSONITE COMPANY, | : | Case No. 16-12316 (CSS) |
| | : | |
| Debtor. | : | Re: Docket No. 2 |
| | : | |
| Fed. Tax Id. No. 73-1331788 | : | |
----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN GILSONITE HOLDING COMPANY, | : | Case No. 16-12315 (CSS) |
| | : | |
| Debtor. | : | Re: Docket No. 2 |
| | : | |
| Fed. Tax Id. No. 26-1872164 | : | |
----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPC PRODUCTS, INC., | : | Case No. 16-12319 (CSS) |
| | : | |
| Debtor. | : | Re: Docket No. 2 |
| | : | |
| Fed. Tax Id. No. 52-2367329 | : | |
----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEXCO ACQUISITION CORP., | : | Case No. 16-12317 (CSS) |
| | : | |
| Debtor. | : | Re: Docket No. 2 |
| | : | |
| Fed. Tax Id. No. 27-0649699 | : | |
----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEXCO HOLDING, LLC, | : | Case No. 16-12318 (CSS) |
| | : | |
| Debtor. | : | Re: Docket No. 2 |
| | : | |
| Fed. Tax Id. No. 27-0649699 | : | |
----------------------------------------------------------x

## ORDER PURSUANT TO FED. R. BANKR. P. 1015(b)
## <u>DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>

Upon the motion, dated October 24, 2016 (the "**Motion**")[1] of American Gilsonite Company and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for an order directing joint administration of their chapter 11 cases, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the Granda Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 16-12316 (CSS).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **AMERICAN GILSONITE** | : | **Case No. 16– 12316 (CSS)** |
| **COMPANY,** *et al.,* | : | |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: American Gilsonite Holding Company (2164), American Gilsonite Company (1788), DPC Products, Inc. (7329), Lexco Acquisition Corp. (9699), and Lexco Holding, LLC (9699). The Debtors' mailing address is 16200 Park Row Drive, Suite 250, Houston, Texas 77084.

5. A docket entry shall be made in each of the above-captioned cases (other than the chapter 11 case of AGC) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of American Gilsonite Holding Company, American Gilsonite Company, DPC Products, Inc., Lexco Acquisition Corp., and Lexco Holding, LLC. The docket in Case No. 16-12316 (CSS) should be consulted for all matters affecting this case.

6. The Debtors are authorized to take all action necessary to the relief granted in this Order.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: October 26, 2016
      Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE