UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
AMERICAN GILSONITE                              :    Case No. 16-12316 (CSS)
COMPANY, *et al.*,                              :
                                                :    (Jointly Administered)
               Debtors.¹                        :
                                                :    Re: Docket No. 90
                                                :
---------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO
11 U.S.C §§ 327(a) AND 328, AND FED. R. BANKR. P. 2014(a) AND
LOCAL RULE 2014-1 FOR AUTHORIZATION TO (I) RETAIN AND EMPLOY
FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE DEBTORS
*NUNC PRO TUNC* TO THE COMMENCEMENT DATE AND TO
(II) WAIVE INFORMATION REQUIREMENTS OF LOCAL RULE 2016-2(d)**

The undersigned hereby certifies as follows:

1. On November 3, 2016, the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328, Fed. R. Bankr. P. 2014(a) and Local Rule 2014-1 for Authorization to (I) Retain and Employ FTI Consulting, Inc. as Financial Advisor for Debtors* Nunc Pro Tunc *to the Commencement Date and to (II) Waive Information Requirements of Local Rule 2016-2(d)* [Docket No. 90] (the "**Application**"). Attached as Exhibit A to the Application was a proposed form of order granting the relief requested therein (the "**Proposed Order**").

2. The Debtors received informal comments to the Application from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), which have been resolved by agreed language to be included in the proposed form of order. The Debtors received

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: American Gilsonite Holding Company (2164), American Gilsonite Company (1788), DPC Products, Inc. (7329), Lexco Acquisition Corp. (9699), and Lexco Holding, LLC (9699). The Debtors' mailing address is 16200 Park Row Drive, Suite 250, Houston, Texas 77084.

RLF1 15723692v.1

no further objections or responses to the Application, and no objection or responsive pleading to the Application has appeared on the Court's docket in the above captioned chapter 11 cases.

3. The Debtors have revised the proposed form of order (the "**Revised Order**") to reflect the agreed upon language the U.S. Trustee proposed. The Revised Order has been circulated, and is acceptable, to the U.S. Trustee. A copy of the Revised Order is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a redline comparison of the Revised Order against the Proposed Order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Revised Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: November 17, 2016
Wilmington, Delaware

/s/ *Andrew M. Dean*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Amanda R. Steele (No. 5530)
Andrew M. Dean (No. 6147)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*

2